# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 16-1061V**
**Filed: February 17, 2017**
Unpublished

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
WILLIAM STAAK, JR.,                     *
                                        *
                 Petitioner,            *     Ruling on Entitlement; Concession;
v.                                      *     Influenza Vaccination;
                                        *     Shoulder Injury Related to Vaccine
SECRETARY OF HEALTH                     *     Administration ("SIRVA");
AND HUMAN SERVICES,                     *     Special Processing Unit ("SPU")
                                        *
                 Respondent.            *
                                        *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

*Jeffrey S. Pop, Jeffrey S. Pop, Attorney at Law, Beverly Hills, CA, for petitioner.*
*Sarah C. Duncan, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On August 25, 2016, William Staak, Jr. ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.,*[2] (the "Vaccine Act" or "Program"). Petitioner alleges that within two hours of the influenza vaccination on September 29, 2015, he developed severe left shoulder pain and that his injuries were caused by the influenza vaccination. Petition at 1, ¶¶ 5, 6, 14. Petitioner further alleges that he received the vaccination in the United States, has suffered the residual effects of his injury for more than six months, and has not filed a civil action or received compensation for his injuries alleged as vaccine caused. *Id.* at ¶¶ 5, 14, 16. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2012)). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

On February 17, 2017, respondent filed her Rule 4(c) report in which she concedes that petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, respondent "has concluded that petitioner's alleged injury is consistent with SIRVA, and that it was caused in fact by the flu vaccine he received on September 29, 2015." *Id.* at 4. Respondent further indicates that "based on the record as it now stands, petitioner has satisfied all legal prerequisites for compensation under the Act." *Id.*

**In view of respondent's concession and the evidence before me, I find that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master